**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Tanis Bernard, ) | |
|     Plaintiff, ) | |
| vs. ) | |
| ) | |
| STATE OF KANSAS, ex rel ) | Case No. 09-1247-JTM-KMH |
| KANSAS HEALTH POLICY AUTHORITY; ) | |
| ANDREW ALLISON, in his official capacity ) | |
| as Executive Director of the Kansas Health ) | |
| Policy Authority ) | |

## STATEMENT OF DEATH

COMES NOW Craig Riffel of Mitchel, Gaston, Riffel & Riffel and informs the court that on or about November 25, 2010, Tanis Bernard, a party to this action died. The Court is so notified.

                                                                                  Respectfully submitted,

                                                                                  /s/ Craig Riffel
                                                                                  Craig Riffel, OBA #16373
                                                                                  Mitchel, Gaston, Riffel & Riffel, P.L.L.C.
                                                                                 3517 W. Owen K. Garriott, Suite One
                                                                                 Enid, OK  73703
                                                                                 Telephone 580/234-8447
                                                                                 Facsimile 580/234-5547

## **CERTIFICATE OF SERVICE**

This is to certify that on the 22nd day of June, 2011, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following counsel of record as follows:

C. William Ossmann; billossmann@srs.ks.gov
Richard R. Yoxall; ryoxall@swko.net
Nathan A. McCaffrey; nathanmc@swko.net
Brian M. Vazquez; brian.vazquez@khpa.ks.gov


/s/ Craig Riffel