IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Tanis Bernard, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | Case No. 09-1247-JTM-KMH |
| | ) | |
| STATE OF KANSAS, ex rel | ) | |
| KANSAS HEALTH POLICY AUTHORITY; | ) | |
| ANDREW ALLISON, in his official capacity | ) | |
| as Executive Director | ) | |
| of the Kansas Health | ) | |
| Policy Authority, et al. | ) | |

## MOTION FOR SUBSTITUTION OF PARTY

NOW COMES Craig Riffel, Attorney for the Plaintiff, and shows the court that Tanis Bernard, a party in this action, died on or about November 25, 2010, and that Otis Bernard is the Attorney-in-fact and lawful successor of Tanis Bernard.

IT IS THEREFORE requested that the Court enter an order that Otis Bernard be substituted in the action in as Plaintiff in the place of Tanis Bernard.

Respectfully submitted,

/s/ Craig Riffel_____
Craig Riffel, OBA #16373
Mitchel, Gaston, Riffel & Riffel, P.L.L.C.
3517 W. Owen K. Garriott, Suite One
Enid, OK  73703
Telephone 580/234-8447
Facsimile 580/234-5547

## CERTIFICATE OF SERVICE

      This is to certify that on the 22$_{nd}$ day of June, 2011, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following counsel of record as follows:

C. William Ossmann; billossmann@srs.ks.gov
Richard R. Yoxall; ryoxall@swko.net
Nathan A. McCaffrey; nathanmc@swko.net
Brian M. Vazquez; brian.vazquez@khpa.ks.gov

                                                /s/ Craig Riffel