# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TANIS BERNARD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-CV-01247-JTM-KHM |
| ) | |
| STATE OF KANSAS, ex rel. KANSAS ) | |
| HEALTH POLICY AUTHORITY; ) | |
| ANDREW ALLISON, in his official ) | |
| Capacity of Executive Director of the ) | |
| Kansas Health Policy Authority, et al. ) | |
| ) | |
| Defendants ) | |

## **ORDER**

The Motion for Substitution of Party filed on June 23, 2011, is hereby GRANTED.

IT IS SO ORDERED this 24th day of June, 2011.

Respectfully submitted,

S/ Karen M. Humphreys
Karen M. Humphreys
UNITED STATES MAGISTRATE JUDGE